**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MICHAEL RALPH CONROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-07-87-M |
| | ) | |
| THE STATE OF OKLAHOMA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 23, 2007, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this civil rights action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by March 15, 2007. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 23, 2007, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 22nd day of March, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE